IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:15-CR-15(MTT) |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 841 (a)(1) |
| | : | 21 U.S.C. § 841 (b)(1)(C) |
| JAMES TYRONE DAVIS, III | : | 18 U.S.C. § 922 (g)(1) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | 18 U.S.C. § 2 |
| | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
<u>POSSESSION WITH INTENT TO DISTRIBUTE HEROIN</u>

That on or about January 14, 2015, in the Macon Division of the Middle District of Georgia,

**JAMES TYRONE DAVIS, III,**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, intentionally and knowingly possess with intent to distribute a Schedule I controlled substance, to wit: heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>
<u>FELON IN POSSESSION OF A FIREARM</u>

That on or about January 14, 2015, in the Macon Division of the Middle District of Georgia,

**JAMES TYRONE DAVIS, III,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger, Model: P94DC, .40 caliber semi-automatic pistol, Serial Number: 340-51013, said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
## USING AND POSSESSING A FIREARM IN RELATION TO AND DURING A DRUG TRAFFICKING CRIME

That on or about January 14, 2015, in the Macon Division of the Middle District of Georgia,

**JAMES TYRONE DAVIS, III,**

did knowingly use and possess a firearm, that is, a Ruger, Model: P94DC, .40 caliber semi-automatic pistol, Serial Number: 340-51013, during and in relation to, and in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, the offense listed in Count One, that is: Possession with the Intent to Distribute Heroin, in violation of Title 21, United States Code, Title 18, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
(21 U.S.C. § 853, 18 U.S.C. § 924(d)(1),
and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853, and/or Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) set forth in Count One, Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count Two, and Title 18, United States Code, Section 924(c)(1)(A) set forth in Count Three of this Indictment, the defendant,

**JAMES TYRONE DAVIS, III,**

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, and/or Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to: one (1) Ruger, Model: P94DC, .40 caliber semi-automatic pistol, Serial Number: 340-51013 with nine (9) rounds of ammunition, and one (1) Ruger magazine imprinted with "9MM".

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 924(d)(1), through Title 28, United States Code, Section 2461(c).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

/s/Foreperson of the Grand Jury
_____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

*Kimberly S Easterling*
KIMBERLY S. EASTERLING
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this  16th day of
April                      A.D. 20 15
                           _____
                           Deputy Clerk

5